

**ARKIN SOLBAKKEN LLP**

750 Lexington Avenue
New York, New York 10022
Tel: (212) 333-0200
Fax: (212) 333-2350

Stanley S. Arkin
Senior Partner
Direct Dial: (212) 333-0208
sarkin@arkin-law.com

June 13, 2016



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/15/16



RECEIVED
JUN - 3 2016
CHAMBERS OF
JUDGE MARRERO

BY FACSIMILE (212) 805-6382

Hon. Victor Marrero
United States District Court
Southern District of New York
United States Courthouse
500 Pearl Street, Suite 660
New York, NY 10007

Re:    *MHS Capital LLC, et al v. Keith Goggin, et al.*, Case No. 1:16-cv-01794-VM

Dear Judge Marrero:

This firm represents plaintiffs. We write to effectuate the remand contemplated by this Court's June 13, 2016 Decision and Order (the "Order"). The Order states:

> For the reasons stated below, upon its review of the Proposed Amended Complaint, the Court is persuaded that, as modified, Plaintiffs' claims do not arise in or under the Bankruptcy Action. Accordingly, the Court will grant Plaintiffs leave to file their Proposed Amended Complaint and thereafter to move for remand on the basis of the Proposed Amended Complaint. Should Plaintiffs file such motion, the Court anticipates, also based on the reasons and analysis stated below, that it will be granted.

*Id.* at 2-3; *see also id.* at 5 & 14.

As contemplated by the Order, plaintiffs filed their Proposed Amended Complaint today. In accordance with Individual Practice Rule II.A, plaintiffs hereby move to remand this action to New York Supreme Court, New York County, for the reasons set forth in the Order, along with such other or further relief as the Court deems just and proper.

Respectfully submitted,

Stanley S. Arkin

cc:    Michael T. Leigh (via fax (502) 587-6391)
       Brian Meldrum (via fax (502) 587-6391)
       Taft McKinstry (via fax (859) 255-3735)
       Michael Luskin (via fax (212) 974-3205)

The Clerk of Court is directed to enter into the public record of this action the letter above submitted to the Court by plaintiffs.

SO ORDERED.

6-14-16
DATE          VICTOR MARRERO, U.S.D.J.